IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANIEL MONTES and
KRISTIN MONTES,

    Plaintiffs,

v.                                                                                          No: 1:22-cv-00536-RB-JHR

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

## ORDER GRANTING SECOND <u>JOINT</u> MOTION TO MODIFY ORDER SETTING CASE MANAGEMENT DEADLINES AND DISCOVERY PARAMETERS

THE COURT having reviewed the Second Joint Motion to Modify Order Setting Case Management Deadlines and Discovery Parameters [Doc. 30], and finding that good cause exists to grant the Motion, it is hereby ORDERED that the Court's Order Granting Joint Motion to Modify Order Setting Case Management Deadlines and Discovery Parameters [Doc. 27] is modified as follows:

1. Plaintiffs' Rule 26(a)(2) expert disclosures due March 17, 2023.

2. Defendant's Rule 26(a)(2) expert disclosures due April 21, 2023.

_____
THE HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

SUBMITTED:

**CALLENDER BOWLIN, PLLC**

By: /s/ Lawrence A. VandenBout
Lawrence A. VandenBout, Esq.
J. Trent Cooper, Esq.
Office: 1550 Wewatta St., Floor 2
         Denver, CO 80202
Phone:  303-221-9791
Fax:    713-724-8007
Email:  Lawrence@CBTrial.com
        Trent@CBTrial.com

*Attorneys for Plaintiffs*


APPROVED AS TO FORM

**MILLER STRATVERT P.A.**

By: Todd A. Schwarz (approved via email 1/18/23)
Todd A. Schwarz
Post Office Box 25687
Albuquerque, NM 87125
Phone: (505) 842-1950
Fax: (505) 243-4408
tschwarz@mstlaw.com

*Attorneys for Defendant*